UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MUSTAFA DOGAN DAIRY CONSULTING, LLC, )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>LA COLOMBE TORREFACTION, INC., )<br>Defendant. )<br>) | No. 1:17-cv-277<br><br>Honorable Paul L. Maloney |

## JUDGMENT

All pending claims in the complaint have been resolved. At the end of a trial, the jury returned a verdict in favor of Plaintiff Mustafa Dogan Dairy Consulting on its claim for breach of contract. Consistent with the jury's verdict, Mustafa Dogan Dairy Consulting is awarded $500,000. And, because this lawsuit was in federal court under the diversity statute, Plaintiff is also entitled to prejudgment interest under Michigan Compiled Laws § 600.6013.

As required by Rule 58, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 26, 2018             /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge